UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br><br>v.<br><br>DAMON RIVERS<br>*Defendant.* | Crim. Action No.: 3:17-cr-00539<br><br>**ORDER** |

**WHEREAS** on January 19, 2021 this Court denied Defendant Damon Rivers's motion for compassionate release (ECF No. 52); and

**WHEREAS** on March 31, 2021 Defendant submitted a *pro se* motion for reconsideration;

**IT IS** on this 7 day of April 2021,

**ORDERED** that the United States shall respond to Defendant's motion no later than April 17, 2021; and it is further

**ORDERED** that Defendant shall submit a reply, if he wishes to do so, no later than May 5, 2021; and it is further

**ORDERED** that the Clerk shall send a copy of this Order to Plaintiff by regular mail.

PETER G. SHERIDAN, U.S.D.J.